UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS A. GRANDINETTI,                     No. C 13-077 SI (pr)

        Plaintiff,                           **ORDER OF DISMISSAL**

    v.

ARNOLD SCHWARZENEGGER;
et al.,

        Defendants.
_____/

     This *pro se* civil action was filed on January 7, 2013, by a plaintiff purporting to bring a class action on behalf of prison inmates in several states.  On that date, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application.  Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action.  Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed.  For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

     In light of the dismissal, plaintiff's motions for service of the complaint and "motion for state venue remedies" are DENIED as moot.  (Docket #s 3, 4, 5.)

     The clerk shall close the file.

     IT IS SO ORDERED.

Dated: March 25, 2013

                                        _____
                                        SUSAN ILLSTON
                             United States District Judge

**United States District Court**
For the Northern District of California