**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS A. GRANDINETTI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 13-077 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 25, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge