UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS A. GRANDINETTI, | No. C 13-077 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARNOLD SCHWARZENEGGER; et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 25, 2013

_____
SUSAN ILLSTON
United States District Judge